In the Matter of CURTIS WALKER, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted July 28, 2014; decided September 11, 2014

Motion for reargument of motion for leave to appeal denied [*see* 23 NY3d 905 (2014)].